**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENISE CLARK, | Case No. 2:24-cv-08425 AB(ASx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Having reviewed the stipulation of the parties and finding good cause therein, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 10, 2024

_____
Hon. André Birotte, Jr.
United States District Court Judge

1